

**Equifax Credit Report as of August 15, 2006**

**Name:** Ariadna Mateo
**Confirmation Number:** 6727190097

| Section Title | Section Description |
|---|---|
| 1. Personal Information | Personal data, addresses, employment history |
| 2. Credit Summary | Summary of account activity |
| 3. Account Information | Detailed account information |
| 4. Inquiries | Companies that have requested or viewed your credit information |
| 5. Collections | Accounts turned over to collection agencies |
| 6. Public Records | Bankruptcies, liens, garnishments and other judgments |
| 7. Dispute File Information | How to dispute information found on this credit report |
| 8. Summary of Your Rights Under the FCRA | |
| 9. Remedying the Effects of Identity Theft | |

**Personal Information**

## Credit Report for Ariadna Mateo as of 08/15/2006
**Confirmation Number: 6727190097**

⚠ **Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

If you have questions about your credit report, learn what steps you can take in frequently asked questions (FAQs).

### Personal Information
**Name:** Ariadna Mateo
**Social Security Number:** XXX-XX-2096
**Age or Date of Birth:** AGE 35

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report.

**Current Address**

1812 E 18TH ST APT C7
BROOKLYN, NY 11229
Date Reported: 03/2005

**Previous Address**

Former Address 1
125 MOUNT HOPE PL APT 4E
BRONX, NY 10453
Date Reported: 05/2004

Exhibit 1

**Former Address 2**
7 C
BROOKLYN, NY 11229
Date Reported: 07/2000

**Other Identification**

You have no other identification on file.

**Employment History**

**Last Reported Employment:**
FAMOUS BRACELET

**Previous Employment(s):**
FRANK SCWARTZ

**Alert(s)**

You have no Alerts on file.

**Consumer Statement**

You have no Consumer Statement on file.

⬆ Back to Top

**Credit Summary**

The following information is a summary of the Account Information in this report. To view your accounts in full detail, see the Account Information section. If you believe that any of this information is incorrect, please see the Dispute File Information section at the end of this report. This information is a snapshot in time and reflects account statuses and balances as of the date shown above.

| Type of Account | Number of Accounts | Total Balance of Accounts |
|---|---|---|
| Mortgage | 0 | $0 |
| Installment | 1 | $0 |
| Revolving | 16 | $3,046 |
| Other | 0 | $0 |
| Total Accounts | 17 | $3,046 |
| Number of Open Accounts | 0 | |
| Number of Closed Accounts | 17 | |
| Total Accounts in Good Standing | 6 | |
| Accounts Currently Past Due | 0 | |
| Negative Account History | 7 | |
| Inquiries in Last 12 Months | 0 | |

⬆ Back to Top

**Account Information**

| Account Name | Account Type | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA MBNA | Revolving | 532901999960XXXX | 03/1997 | $0 | 08/2003 | $0 | CHARGE-OFF | $0 |

| Account Name | Account Type | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|---|
| BP/CITIBANK SD | Revolving | 555021XXXX | 09/2000 | $0 | 10/2001 | $0 | PAYS AS AGREED | $0 |
| CBUSASEARS | n/a | 65391654XXXX | 05/1999 | $0 | 05/2006 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| CHASE,NA | Revolving | 526031477005XXXX | 09/2000 | $2,128 | 08/2003 | $280 | CHARGE-OFF | $1,500 |
| CHILDRNS PL/CBUSA NA | Revolving | 601164410822XXXX | 07/2000 | $918 | 07/2004 | $204 | CHARGE-OFF | $918 |
| DISCOVER FINANCIAL S | n/a | 601129880051XXXX | 08/2001 | $0 | 05/2005 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| EXPRESS | n/a | 49400XXXX | 06/1999 | $0 | 04/2005 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| FINGERHUT CREDIT ADV | Revolving | 8050101961368XXXX | 06/2000 | $0 | 11/2002 | $0 | PAYS AS AGREED | $0 |
| GEMB/BANANA REPUBLIC | n/a | 601859000329XXXX | 07/2000 | $0 | 06/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| GEMB/GAP | n/a | 601859506054XXXX | 11/2000 | $0 | 06/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| HSBC RETAIL SERVICES | Revolving | 59601-110002XXXX | 10/1999 | $0 | 10/2001 | $0 | PAYS AS AGREED | $0 |
| LANE BRYANT | Revolving | 92587XXXX | 12/2002 | $0 | 06/2004 | $0 | PAYS AS AGREED | $100 |
| MACY'S/DSNB | Revolving | 410040487XXXX | 10/1997 | $0 | 07/2006 | $0 | PAYS AS AGREED | $200 |
| PC RICHARDS/GEMB | n/a | 601917030832XXXX | 04/2000 | $0 | 08/2006 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| PROVIDIAN BANCORP | Revolving | 412137270076XXXX | 01/1995 | $0 | 05/2002 | $0 | PAYS AS AGREED | $0 |
| TOYOTA MOTOR CREDIT | Installment | 7040226083638XXXX | 11/2000 | $0 | 01/2004 | $0 | CHARGE-OFF | $0 |
| WFN VICTORIA'S SECRE | n/a | 28506XXXX | 10/1997 | $0 | 07/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |

⬆ Back to Top

**Mortgage Accounts**

**You have no Mortgage Accounts on file.**

⬆ Back to Top

**Installment Accounts**

**TOYOTA MOTOR LEASING**

5005 N River Blvd NE
Cedar Rapids, IA 524116634

| | | | |
|---|---|---|---|
| Account Number: | 7040226083638XXXX | Current Status: | CHARGE-OFF |
| Account Owner: | Co-maker | High Credit: | $0 |
| Type of Account [?]: | Installment | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 11/2000 | Balance: | $0 |
| Date Reported: | 01/2004 | Amount Past Due: | $0 |
| Date of Last Payment: | 01/2004 | Actual Payment Amount: | $3,567 |
| Scheduled Payment Amount: | $402 | Date of Last Activity: | n/a |

| | | | |
|---|---|---|---|
| Date Major Delinquency First Reported: | 06/2004 | Months Reviewed: | 84 |
| Creditor Classification: | | Activity Description: | Closed |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Charge Account |
| Comments: | Closed account | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | * | * | * | * | | | | | | | | |
| 2005 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2004 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2003 | * | * | * | * | * | * | * | 30 | 60 | 90 | 120 | 120 |
| 2002 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2001 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2000 | * | * | * | * | * | * | * | * | * | * | * | * |
| 1999 | | | | | | | | * | * | * | * | * |

**CHASE N.A.**

100 Duffy Ave
Hicksville, NY 118013639
(800) 356-5555

| | | | |
|---|---|---|---|
| Account Number: | 526031477005XXXX | Current Status: | CHARGE-OFF |
| Account Owner: | Individual Account. | High Credit: | $0 |
| Type of Account: | Revolving | Credit Limit: | $1,500 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 09/2000 | Balance: | $2,128 |
| Date Reported: | 08/2003 | Amount Past Due: | $280 |
| Date of Last Payment: | 12/2002 | Actual Payment Amount: | $185 |
| Scheduled Payment Amount: | $42 | Date of Last Activity: | n/a |
| Date Major Delinquency First Reported: | | Months Reviewed: | n/a |
| Creditor Classification: | | Activity Description: | n/a |
| Charge Off Amount: | $2,128 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Credit Card |
| Comments: | Credit card, Charged off account | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | * | * | 30 | 60 | 90 | 120 | 120 | | | | | |
| 2002 | * | * | * | * | * | * | * | * | * | * | 30 | * |
| 2001 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2000 | | | | | | | | | * | * | * | * |

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA MBNA | 532901999960XXXX | 03/1997 | $0 | 08/2003 | $0 | CHARGE-OFF | $0 |
| BP/CITIBANK SD | 555021XXXX | 09/2000 | $0 | 10/2001 | $0 | PAYS AS AGREED | $0 |
| CBUSASEARS | 65391654XXXX | 05/1999 | $0 | 05/2006 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| CHASE,NA | 526031477005XXXX | 09/2000 | $2,128 | 08/2003 | $280 | CHARGE-OFF | $1,500 |
| CHILDRNS PL/CBUSA NA | 601164410822XXXX | 07/2000 | $918 | 07/2004 | $204 | CHARGE-OFF | $918 |
| DISCOVER FINANCIAL S | 601129880051XXXX | 08/2001 | $0 | 05/2005 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| EXPRESS | 49400XXXX | 06/1999 | $0 | 04/2005 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| FINGERHUT CREDIT ADV | 8050101961368XXXX | 06/2000 | $0 | 11/2002 | $0 | PAYS AS AGREED | $0 |
| GEMB/BANANA REPUBLIC | 601859000329XXXX | 07/2000 | $0 | 06/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| GEMB/GAP | 601859506054XXXX | 11/2000 | $0 | 06/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| HSBC RETAIL SERVICES | 59601-110002XXXX | 10/1999 | $0 | 10/2001 | $0 | PAYS AS AGREED | $0 |
| LANE BRYANT | 92587XXXX | 12/2002 | $0 | 06/2004 | $0 | PAYS AS AGREED | $100 |
| MACY'S/DSNB | 410040487XXXX | 10/1997 | $0 | 07/2006 | $0 | PAYS AS AGREED | $200 |
| PC RICHARDS/GEMB | 601917030832XXXX | 04/2000 | $0 | 08/2006 | $0 | INCLUDED IN BANKRUPTCY | $0 |
| PROVIDIAN BANCORP | 412137270076XXXX | 01/1995 | $0 | 05/2002 | $0 | PAYS AS AGREED | $0 |
| TOYOTA MOTOR CREDIT | 7040226083638XXXX | 11/2000 | $0 | 01/2004 | $0 | CHARGE-OFF | $0 |
| WFN VICTORIA'S SECRE | 28506XXXX | 10/1997 | $0 | 07/2004 | $0 | INCLUDED IN BANKRUPTCY | $0 |

Back to Top

**Accounts in Good Standing**