## Personal Information

**File Number:** 160833673
**Date issued:** 08/15/2006

**Name:** ARIADNA MATEO
**Other Names:** MATEO ARIADNA
You have been on our files since 01/1995

**SSN:** XXX-XX-2096
**Date of Birth:** 04/1971
**Telephone** 376-1544

Your SSN is partially masked for your protection

### CURRENT ADDRESS
**Address:** 125 MOUNT HOPE PL., #4E
BRONX, NY 10453
**Date Reported:** 03/2005

### PREVIOUS ADDRESSES
**Address:** 1812 E. 18TH ST., #C7
BROOKLYN, NY 11229
**Date Reported:** 12/1999

**Address:** 3722 SURF AV.
BROOKLYN, NY 11224

### EMPLOYMENT DATA REPORTED

**Employer Name:** NYC DEPT OF ED
**Date Reported:** 07/2006
**Position:**
**Date Hired:**

**Employer Name:** AVI GOLDSTEIN
**Date Reported:** 11/1995
**Position:**
**Date Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

### KINGS CITY COURT   Docket# 31911103
141 LIVINGSTON ST
BROOKLYN , NY 11201
(718) 643-5069

| | |
|---|---|
| **Type:** | Civil Judgment |
| **Date Filed:** | 02/2004 |
| **Responsibility:** | Individual |
| **Plaintiff:** | DISCOVER BANK |
| **Plaintiff Attorney:** | COHEN AND SLAMOW |
| **Amount:** | $2,385 |

**Estimated date that this item will be removed:** 01/2011

### NASSAU CNTY CLERK   Docket# 3004163
COUNTY OFFICE BLDG
240 OLD COUNTRY RO
MINEOLA , NY 11501
(516) 571-2272

| | |
|---|---|
| **Type:** | Civil Judgment |
| **Court Type:** | District Court |
| **Date Filed:** | 07/2003 |
| **Responsibility:** | Individual |
| **Plaintiff:** | CHSE MANHATTAN BANK |
| **Plaintiff Attorney:** | MULLOOLY JEFFREY |
| **Amount:** | $23,275 |

**Estimated date that this item will be removed:** 06/2010

### NEW YORK FEDERAL COURT-N   Docket# 413404
ONE BOWLING GREEN
6TH FLOOR
NEW YORK , NY 10004
(212) 668-2870

| | |
|---|---|
| **Type:** | Chapter 7 Bankruptcy Discharged |
| **Court Type:** | Federal District |
| **Date Paid:** | 09/2004 |
| **Assets:** | $0 |
| **Date Filed:** | 05/2004 |
| **Responsibility:** | Individual |
| **Plaintiff Attorney:** | DAVID B SHAEV |
| **Liabilities:** | $0 |

**Estimated date that this item will be removed:** 04/2014

## Account Information

Exhibit 2

| | N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them. | Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### CHASE HOME FINANCE LLC #8043149858

3415 VISION DR
COLUMBUS , OH 43219
(800) 848-9136

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Charged Off as Bad Debt< |
| Date Updated: | 02/2003 | Account Type: | Installment Account |
| High Balance: | $20,749 | Responsibility: | Co-Signor on Account |
| Past Due: | $0 | Date Opened: | 04/1999 |
| Terms: | $432 for 60 months | Date Closed: | 02/2003 |

**Loan Type:** Business
**Remark:** >Profit and loss writeoff<
**Estimated date that this item will be removed:** 09/2007

### CHASE NA #5260314770051521

800 BROOKSEDGE BLV
WESTERVILLE , OH 43081
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $2,128 | Pay Status: | >Charged Off as Bad Debt< |
| Date Updated: | 09/2003 | Account Type: | Revolving Account |
| High Balance: | $0 | Responsibility: | Authorized Account |
| Collateral: | CHEM BK SOLD TO PRA III LLC 0 | Date Opened: | 09/2000 |
| | | Date Closed: | 04/2003 |
| Credit Limit: | $1,500 | | |
| Past Due: | $0 | | |

**Loan Type:** Credit Card
**Remark:** Transferred to another lender

### CITIBANK #6011644108225987

PO BOX 6003
HAGERSVILLE , MD 21747-6003
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $918 | Pay Status: | >Charged Off as Bad Debt< |
| Date Updated: | 07/2004 | Account Type: | Revolving Account |
| High Balance: | $918 | Responsibility: | Individual Account |
| Credit Limit: | $900 | Date Opened: | 07/2000 |
| Past Due: | >$204< | Date Closed: | 04/2004 |

**Loan Type:** Charge Account
**Remark:** >Profit and loss writeoff<

### DISCOVER FINCL SVC LLC #6011298800510251

PO BOX 15316
WILMINGTON , DE 19850-5316
Phone number not available

| | | | |
|---|---|---|---|
| Balance: | | Pay Status: | Unrated |
| Date Updated: | 05/2005 | Account Type: | Revolving Account |
| High Balance: | $2,189 | Responsibility: | Individual Account |
| Credit Limit: | $1,500 | Date Opened: | 08/2001 |
| | | Date Closed: | 09/2003 |
| | | Date Paid: | 01/2003 |

**Loan Type:** Credit Card
**Remark:** >Chapter 7 bankruptcy<
**Estimated date that this item will be removed:** 07/2007

### FIRST USA BANK #7671131012618563

800 BROOKSEDGE BLV
WESTERVILLE , OH 43081
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $2,874 | Pay Status: | >Charged Off as Bad Debt< |
| Date Updated: | 09/2003 | Account Type: | Line of Credit Account |
| High Balance: | $4,211 | Responsibility: | Joint Account |
| Credit Limit: | $10,000 | Date Opened: | 11/2001 |
| Past Due: | >$735< | Date Closed: | 04/2002 |

**Loan Type:** Line of Credit
**Remark:** Account closed by consumer

### GEMB/BANANA REPUBLIC #6018590003290530